UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ANDRES PEREZ, *et al.*, | Case No. 1:25-cv-00358-KES-CDB |
| Plaintiffs, | ORDER ON STIPULATION GRANTING COUNTY DEFENDANTS LEAVE TO FILE A FIRST AMENDED ANSWER |
| v. | |
| COUNTY OF KERN, *et al.*, | (Doc. 24) |
| Defendants, | **THREE-DAY DEADLINE** |

Plaintiff Ashley Sinden ("Plaintiff"), as the natural parent and purported successor in interest of decedent minor ("A.P."), initiated this action with the filing of a complaint on March 25, 2025. (Doc. 1). Plaintiff asserts causes of action under 42 U.S.C. § 1983 and state law to recover damages for Defendants' actions and/or failures resulting in the wrongful death of A.P. while in and under the care, custody, control, and supervision of Defendant County of Kern and numerous individually named employees and agents. *Id.* ¶ 3-4. On May 20, 2025, Defendants County of Kern, Mario Martinez, Maria Frias, Cynthia Alvarado, Vicki Mishel-Ghasghaie, and Andrea Cauette (collectively, "County Defendants") filed an answer to the complaint. (Doc. 11).

Pending before the Court is the parties' stipulated request to permit County Defendants to file a first amended answer to the complaint, filed on July 9, 2025. (Doc. 24). The parties represent that Defendant Malia Reeves has not filed an answer and County Defendants seek to add her in the first amended answer as well as four affirmative defenses. *Id.* ¶¶ 2, 3. The parties further represent that a single answer for all County Defendants will unify the responsive

pleadings and avoid confusion, and Plaintiffs do not oppose the filing of County Defendants' unified first amended answer. *Id.* ¶¶ 4, 5.

Based on the parties' representations in their stipulated request, the Court finds good cause to grant the parties' request to permit County Defendants to file a first amended answer to include Defendant Malia Reeves and add four affirmative defenses. *See* Fed. R. Civ. P. 15(a)(2).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to permit County Defendants to file a first amended answer to the complaint (Doc. 24) is GRANTED (*see* Fed. R. Civ. P. 15(a)(2)); and
2. County Defendants are DIRECTED to file **within three (3) days** of the issuance of this order as a standalone docket entry the first amended answer to the complaint.

IT IS SO ORDERED.

Dated:   **July 10, 2025**                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE