# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,                    Case No: 1:25-cv-00358-CDB

      Plaintiffs,

  v.

MARGARET EICHORST, *et al.*,

      Defendants.                    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Margaret Eichorst (aka Margaret Eichhorst), Booking Number SO2363391, a necessary and material witness in a hearing on plaintiffs' motion for default judgment in this case on October 24, 2025, is confined in Kern County Lerdo Pre-trial Facility, in the custody of the Kern County Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before U.S. Magistrate Judge Christopher D. Baker, by Zoom video conference from her place of confinement, on Friday, October 24, 2025, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Kern County Sheriff to produce the inmate named above, by Zoom video conference, to participate in a hearing on plaintiffs' motion for default judgment at the time and place above, until completion of the hearing or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern County Sheriff at (661) 391-3115 or via email at haislipr@kernsheriff.org.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Cori Boren, Courtroom Deputy, at cboren@caed.uscourts.gov.

<b>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</b>

**To: Kern County Sheriff, Lerdo Justice Facility, 17695 Industrial Farm Rd, Bakersfield, California 93308:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the hearing or as ordered by the court.

///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:     **September 30, 2025**

UNITED STATES MAGISTRATE JUDGE

