UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRRO ANDRES PEREZ, *et al.*, | Case No. 1:25-cv-00358-CDB |
| Plaintiffs, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER |
| v. | |
| COUNTY OF KERN, *et al.*, | (Docs. 31, 35, 67, 68) |
| Defendants. | ORDER DIRECTING PARTIES TO FILE JOINT DISCOVERY MANAGEMENT REPORT |
| | **14-DAY DEADLINE** |

Plaintiff Ashley Sinden ("Plaintiff"), as the natural parent and purported successor in interest of decedent minor Alejandro Andres Perez ("A.P."), initiated this action with the filing of a complaint on March 25, 2025. (Doc. 1). On August 13, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 31). On August 15, 2025, in light of the reassignment of this action to the undersigned for all purposes, the scheduling order was amended to reset all events for Bakersfield (CDB) before the undersigned including the dispositive motion hearing for August 31, 2026, at 10:30 AM, pretrial conference for October 13, 2026, at 10:30 AM, and jury trial for December 14, 2026, at 8:30 AM. (Doc. 35). On January 6, 2026, the Court vacated the mid-discovery status conference set for January 9, 2026, based on the information contained in the parties' status reports (Docs. 62, 63)

and reminded the parties of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates. (Doc. 64).

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend discovery deadlines and pretrial dates, filed on January 16, 2026. (Doc. 67).[1] The parties assert good cause exists for the requested extension on grounds that newly retained counsel for Defendants, who only recently appeared in this action (Doc. 65), has upcoming trial conflicts with the current scheduling order and seeks additional time to become familiar with the instant action. *Id.* at 4. The parties represent that there is a need for all counsel to review the extensive documents related to the action, which span over 8,000 documents, and to understand the current status and any need for further discovery. *Id.* The parties seek to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-Expert Discovery | February 13, 2026 | May 15, 2026 |
| Expert Disclosure | February 27, 2026 | May 29, 2026 |
| Rebuttal Expert Disclosure | March 27, 2026 | June 26, 2026 |
| Expert Discovery | May 1, 2026 | August 28, 2026 |
| Non-Dispositive Motion Filing | May 15, 2026 | August 14, 2026 |
| Non-Dispositive Motion Hearing (CDB) | June 22, 2026, 10:30 AM | September 21, 2026 |
| Dispositive Motion Filing | July 20, 2026 | October 19, 2026 |
| Dispositive Motion Hearing (CDB) | August 31, 2026, 10:30 AM | December 23, 2026 |
| Pretrial Conference (CDB) | October 13, 2026, 10:30 AM | January 25, 2027 |
| Jury Trial (CDB) | December 14, 2026, 8:30 AM | March 23, 2027 |

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order. To ensure compliance with the Court's earlier reminder to the parties of their obligation to diligently pursue and timely complete

---

[1] On January 18, 2026, Plaintiffs filed a notice of errata regarding its stipulated request to amend case management dates (Doc. 67) based on counsel for Plaintiffs' inadvertent failure to include therein a proposed order regarding the request. (Doc. 68).

discovery within the scheduled case management dates (*see* Doc. 64), the Court will require the parties to meet/confer and file a joint discovery management report regarding the scheduling of depositions and documenting diligent discovery management efforts.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 67), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Docs. 31, 35) is amended as modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | February 13, 2026 | May 15, 2026 |
| Expert Disclosure | February 27, 2026 | May 29, 2026 |
| Rebuttal Expert Disclosure | March 27, 2026 | June 26, 2026 |
| Expert Discovery | May 1, 2026 | August 28, 2026 |
| Non-Dispositive Motion Filing | May 15, 2026 | August 14, 2026 |
| Non-Dispositive Motion Hearing (CDB) | June 22, 2026, 10:30 AM | September 21, 2026, 10:30 AM |
| Dispositive Motion Filing | July 20, 2026 | October 19, 2026 |
| Dispositive Motion Hearing (CDB) | August 31, 2026, 10:30 AM | December 14, 2026, 10:30 AM |
| Pretrial Conference (CDB) | October 13, 2026, 10:30 AM | February 8, 2027, 10:30 AM |
| Jury Trial (CDB) | December 14, 2026, 8:30 AM | April 5, 2027, 8:30 AM |

All other case management dates and provisions of the operative scheduling order (Docs. 31, 35) not in conflict with this order remain unchanged.

The parties are FURTHER ORDERED to file **within 14 days** of entry of this order a discovery management report documenting: (1) meet and confer efforts between counsel and all anticipated deponents regarding their availability to appear for depositions; (2) a preliminary schedule for the anticipated noticing of depositions for all witnesses; and (3) other diligent discovery management efforts.

IT IS SO ORDERED.

Dated:   **January 20, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

4