UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,

Plaintiffs,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00358-CDB

ORDER ON PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE *NUNC PRO TUNC* TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

(Doc. 94)

**Relevant Background**

On February 27, 2026, the Court granted Plaintiffs' motion for leave to file a first amended complaint ("FAC"). (Doc. 79). Plaintiffs filed the FAC on March 3, 2026. (Doc. 80). Defendants filed the pending motion to dismiss the FAC on March 24, 2026, making Plaintiffs' opposition thereto due on April 7, 2026. (Doc. 89); *see* Local Rule 230(c).

**Plaintiffs' *Ex Parte* Motion to Extend Opposition Deadline**

Pending before the Court is Plaintiffs' unopposed *ex parte* motion for leave to file an opposition to Defendants' pending motion to dismiss, filed on April 16, 2026. (Doc. 94). Plaintiffs seek a *nunc pro tunc* order and relief from their brief delay in filing their opposition to Defendants' motion to dismiss. *Id.* at 4. Plaintiffs represent that their late-filed opposition was filed "only 12 minutes after the deadline, following repeated unsuccessful attempts to access [the Court's] CM/ECF system from more than one office and [on] more than one computer." *Id.* Plaintiffs

represent there is nothing to suggest that counsel for Plaintiffs acted in bad faith and the reason for the delay "meets the standard for excusable neglect." *Id.* at 8-9. Counsel for Plaintiffs Eric Andrew Mercer declares that after repeated attempts to file Plaintiffs' opposition prior to the April 7, 2026, deadline was to expire, he contacted counsel for Defendants to inform them of the late filing and discussed the issue with the Court's helpdesk. (Doc. 94-1, Declaration of Eric Andrew Mercer ("Mercer Decl.") ¶¶ 6-11, 14, 17). Plaintiffs therefore request the Court grant the requested relief and accept Plaintiffs' late-filed opposition. (Doc. 94 at 8).

Based on counsel for Plaintiffs' representations of their repeated attempts to file their opposition to Defendants' motion to dismiss, counsel's efforts to contact counsel for Defendants and the Court's helpdesk on the matter, and the minimal delay in filing the opposition, the Court finds good cause to grant Plaintiffs' request. Accordingly, the Court will consider Plaintiffs' late-filed opposition to Defendants' motion to dismiss in ruling on the motion.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' *ex parte* motion for leave to file *nunc pro tunc* their opposition to Defendants' motion to dismiss the FAC (Doc. 94) is GRANTED;

2. Plaintiffs' opposition (Doc. 93) is deemed Plaintiffs' operative response to the pending motion to dismiss; and

3. Any optional reply by Defendants shall be filed in accordance with Local Rule 230(d).

IT IS SO ORDERED.

Dated:  __**April 17, 2026**__          _____

UNITED STATES MAGISTRATE JUDGE