UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRRO ANDRES PEREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00358-CDB<br><br>ORDER ON STIPULATION TO PERMIT LEAVE FOR DEFENDANTS TO FILE A LATE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE A SUR-REPLY<br><br>(Doc. 101)<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR LEAVE TO FILE LATE REPLY BRIEF<br><br>(Doc. 99) |

Pending before the Court is the parties' stipulated request to permit Defendants to file a late reply brief to Plaintiffs' opposition to Defendants' motion to dismiss and for Plaintiffs to file a sur-reply thereto, filed on April 28, 2026. (Doc. 101). The parties represent that Defendants inadvertently failed to file a reply brief by the April 20, 2026, deadline due to a filing error, and on April 28, 2026, they served a copy of the proposed reply brief on counsel for Plaintiffs. *Id.* at 3. Plaintiffs' counsel represents that in reviewing the reply brief, he noted an error in Plaintiffs' opposition that was made upon mistake, inadvertence, and excusable neglect, and seeks to file a less than three-page sur-reply to address this issue. *Id.*

Based on the parties' stipulated representations, and for good cause shown, the Court will permit Defendants to file its late reply in response to Plaintiffs' opposition and permit Plaintiffs to file a sur-reply as set forth below.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. The parties' stipulated request to permit leave for Defendants to file a reply brief and for Plaintiffs to file a sur-reply brief (Doc. 101) is GRANTED;

2. Defendants SHALL FILE its reply brief to Plaintiffs' opposition to Defendants' motion to dismiss no later than **May 1, 2026**;

3. Plaintiffs SHALL FILE its sur-reply brief of no more than three pages no later than **May 4, 2026**; and

4. Defendants' motion for leave to file a reply brief (Doc. 99) is DENIED as moot.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE