UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ANDRES PEREZ, *et al.*, | Case No. 1:25-cv-00358-CDB |
| Plaintiffs, | ORDER ON RENEWED SECOND STIPULATION AMENDING SCHEDULING ORDER |
| v. | |
| COUNTY OF KERN, *et al.*, | (Docs. 31. 35, 70, 104) |
| Defendants. | |

Pending before the Court is the parties' second stipulated request to amend the operative scheduling order, filed on April 29, 2026. (Doc. 104). The parties represent that they "have moved with diligence to seek discovery and obtain responses" and to "address issues arising from discovery to be produced, resulting in hundreds of emails exchanged and hours of meet-and-confer efforts[.]" *Id.* at 7. The parties assert good cause exists for the requested extension of all case management dates "to allow [for] adequate review [of] the extensive documents related to the action that now exceeds 20,000 pages of documents, and to allow for a reasonable deposition schedule that has been delayed with the current motion practice" and it is not possible to complete non-expert discovery by the current deadline despite the parties' diligence. *Id.*; *see* (Doc. 104-1, joint declaration ISO stipulation ("joint decl.") at 4-5).

Based on the parties' stipulated representations, and given the pendency of Defendants' motion to dismiss (*see* Doc. 89), the Court finds good cause exists to further amend case

management dates and deadlines of the operative scheduling order.

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 104), and for good cause shown, it is HEREBY ORDERED that the operative scheduling order (Docs. 31, 35, 70) is further amended <u>as modified</u> as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | May 15, 2026 | October 9, 2026 |
| Expert Disclosure | May 29, 2026 | October 23, 2026 |
| Rebuttal Expert Disclosure | June 26, 2026 | November 20, 2026 |
| Expert Discovery | August 28, 2026 | January 22, 2027 |
| Non-Dispositive Motion Filing | August 14, 2026 | February 12, 2027 |
| Non-Dispositive Motion Hearing (CDB) | September 21, 2026, 10:30 AM | <u>March 15, 2027, 10:30 AM</u> |
| Dispositive Motion Filing | October 19, 2026 | April 19, 2027 |
| Dispositive Motion Hearing (CDB) | December 14, 2026, 10:30 AM | <u>May 24, 2027, 10:30 AM</u> |
| Pretrial Conference (CDB) | February 8, 2027, 10;30 AM | <u>June 28, 2027, 10;30 AM</u> |
| Jury Trial (CDB) | April 5, 2027, 8:30 AM | <u>September 8, 2027, 8:30 AM</u> |

All other case management dates and provisions of the operative scheduling order (Docs. 31, 35, 70) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **May 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2