UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,

Plaintiffs,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00358-CDB

ORDER ON STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT

(Doc. 110)

Pending before the Court is the parties' stipulated request to extend the deadline for Defendants to respond to Plaintiffs' second amended complaint ("SAC") from July 20, 2026, to August 3, 2026, filed on July 16, 2026. (Doc. 110). The parties' stipulated basis for the relief sought demonstrates good cause.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Defendants shall file their response to Plaintiffs' second amended complaint by no later than **August 3, 2026**.

IT IS SO ORDERED.

Dated: **July 17, 2026**

UNITED STATES MAGISTRATE JUDGE