UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,

Plaintiffs,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00358-CDB

ORDER ON SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT

(Doc. 112)

Pending before the Court is the parties' second stipulated request to extend the deadline for Defendants to respond to Plaintiffs' second amended complaint ("SAC") from August 3, 2026, to August 10, 2026, filed on July 29, 2026. (Doc. 112). The parties' stipulated basis for the relief sought—that the parties need additional time to meet and confer regarding issues on the SAC and for Defendants to complete their answer—demonstrates good cause.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Defendants shall file their response to Plaintiffs' second amended complaint by no later than **August 10, 2026**.

IT IS SO ORDERED.

Dated: **July 30, 2026**

UNITED STATES MAGISTRATE JUDGE