UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,

Plaintiffs,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00358-CDB

ORDER ON THIRD STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT

(Doc. 114)

Pending before the Court is the parties' third stipulated request to extend the deadline for Defendants to respond to Plaintiffs' second amended complaint ("SAC") from August 10, 2026, to August 17, 2026, filed on August 7, 2026. (Doc. 114). The parties' stipulated basis for the relief sought—that Defendants need additional time to complete their answer—demonstrates good cause.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Defendants shall file their response to Plaintiffs' second amended complaint by no later than **August 17, 2026**.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE