UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ANDRES PEREZ, *et al.*,

Plaintiffs,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00358-CDB

ORDER DIRECTING CLERK OF THE COURT TO ASSIGN U.S. DISTRICT JUDGE KIRK E. SHERRIFF TO THIS CASE AND TO STRIKE REASSIGNMENT ORDER

Doc. 34

Upon review of the docket, the signed has determined that this action was improvidently reassigned to a U.S. magistrate judge, *see* Doc. 34, where at least one party to the action has not consented to the jurisdiction of a U.S. magistrate judge.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to reassign the originally assigned U.S. district judge and that this case bear the case number 1:25-cv-00358-KES-CDB.

The Clerk of the Court is FURTHER DIRECTED to update the docket accordingly and to strike the order reassigning the case to a U.S. magistrate judge, Doc. 34.

IT IS SO ORDERED.

Dated: **October 22, 2026**

UNITED STATES MAGISTRATE JUDGE