UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ANDRES PEREZ, *et al.*,<br>Plaintiffs,<br>v.<br>COUNTY OF KERN, *et al.*,<br>Defendants. | Case No. 1:25-cv-00358-CDB<br><br>ORDER ON STIPULATION CONSOLIDATING CASES PURSUANT TO RULE 42(a)<br><br>(Docs. 122, 136) |
| E.P, *et al.*,<br>Plaintiffs,<br>v.<br>COUNTY OF KERN, *et al.*,<br>Defendants. | Case No. 1:25-cv-01260-CDB<br><br>ORDER ON STIPULATION CONSOLIDATING CASES PURSUANT TO RULE 42(a)<br><br>(Docs. 58, 69) |

**<u>Relevant Background</u>**

The parties in *Andres Perez v. County of Kern, et al.* (No. 1:25-cv-0358-CDB) (the "Lead Action" or "*AP* Action") and *E.P. v. County of Kern, et al.* (No. 1:25-cv-1260-CDB) (the "*EP* Action") have stipulated to consolidate both actions. (No. 1:25-cv-0358-CDB, Doc. 122); (No. 1:25-cv-1260-CDB, Doc. 58). The Court ordered the parties in both actions to appear for a case management

conference on October 7, 2026, before the undersigned to discuss consolidation. (No. 1:25-cv-0358-CDB, Doc. 124); (No. 1:25-cv-1260-CDB, Doc. 60).

Following discussion with counsel during the case management conference held on October 7, 2026, the Court ordered counsel for all parties in both actions to file no later than October 21, 2026, a joint report addressing (i) the status of the parties' efforts to agree upon a consolidated third amended complaint in which all Plaintiffs allege cognizable claims against all existing Defendants; and (ii) the parties' positions as to whether an agreed-upon consolidated third amended complaint moots Plaintiffs' motion for joinder in the *AP* Action (No. 1:25-cv-0358-CDB, Doc. 118) and Defendants' motion to dismiss in the *EP* Action (No. 1:25-cv-1260-CDB, Doc. 43). (No. 1:25-cv-0358-CDB, Doc. 126). The Court further modified the operative scheduling order in the *AP* Action. *Id.* On October 22, 2026, for good cause shown, the Court extended the deadline by which the parties shall file the joint status report regarding consolidation to October 30, 2026. (No. 1:25-cv-0358-CDB, Doc. 130).

On October 30, 2026, the parties filed the joint status report regarding consolidation. (No. 1:25-cv-0358-CDB, Doc. 136); (No. 1:25-cv-01260-CDB, Doc. 69). The parties represent that counsel for Plaintiffs provided to counsel for Defendants a proposed, consolidated third amended complaint (“TAC”) on October 21, 2026. *Id.* at 2. The parties represent that after meet and confer efforts, the parties agree to the following should the Court order the matters consolidated for all purposes: (1) the *AP* Action will become the lead case and all filings will be made in that case only going forward; (2) Plaintiffs will file the proposed consolidated TAC that has been agreed upon by all counsel after adding Defendants Myrka Barajas, Carmel Lomeli, and Celestina Horn, by no later than November 6, 2026; (3) once the consolidated TAC has been filed, Plaintiffs’ motion for joinder in the *AP* Action and Defendants’ motion to dismiss in the *EP* Action can be terminated as moot; (4) counsel for Defendants is taking diligent efforts to make contact with and confirm their authority to represent proposed Defendant Patricia Rosales; (5) if counsel for Defendants is unable to make contact with Patricia Rosales to obtain authority to represent her, Plaintiffs will file a motion to add Defendant Patricia Rosales within 30 days of the Court’s order if Plaintiffs still intend to add her to the consolidated complaint; (6) Plaintiffs will remove Allison Roberts, Keishaun Craig, Mario Martinez, Maria Frias, Guadlupe Monreal, and Michael Fabro as Defendants in the consolidated TAC; and (7) once the consolidated TAC

has been filed and served on existing Defendants and any newly added Defendants, those Defendants can have 30 days from service to file their answer to the consolidated TAC. *Id.* at 3-4. The parties request that if the Court consolidates these matters, the Court vacate the current scheduling dates and deadlines in the *AP* Action and order all counsel to appear for a scheduling conference on November 12, 2026. *Id.* at 4.

**Discussion**

When multiple actions pending before a court involve common questions of law or fact, the court may order a joint hearing or trial of any or all matters at issue in the actions; consolidate the actions; and/or issue any other orders to avoid unnecessary cost or delay. Fed. R. Civ. P. 42(a). The court has "broad discretion" to determine whether and to what extent consolidation is appropriate. *See Garity v. APWU Nat'l Labor Org*., 828 F.3d 848, 855-56 (9th Cir. 2016) (*citing Inv'rs Research Co. v. U.S. Dist. Ct. for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989)). "Typically, consolidation is a favored procedure." *Blount v. Boston Scientific Corporation*, No. 1:19-cv-00578-AWI-SAB, 2019 WL 3943872, *2 (E.D. Cal. Aug. 21, 2019) (*citing In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Practices Litig*., 282 F.R.D. 486, 491 (C.D. Cal. 2012)). In deciding whether to consolidate actions, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984); *Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F.Supp.2d 1052, 1057 (S.D. Cal. 2007).

Consistent with the authorities cited above and having considered the parties' stipulated requests and representations in the joint status report, as well as the pleadings of record, the Court finds there are significant and substantial common issues of fact and law that warrant consolidation under Rule 42(a). Moreover, the Court agrees with the parties that the benefits of consolidation would serve the interests of judicial economy.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. *Andres Perez, et al. v. County of Kern, et al.*, Case No. 1:25-cv-00358-CDB, and *E.P., et al. v. County of Kern, et al.*, Case No. 1:25-cv-01260-CDB, are CONSOLIDATED FOR ALL PURPOSES. Fed. R. Civ. P. 42(a).

2. The case identified as *Andres Perez, et al. v. County of Kern, et al.*, Case No. 1:25-cv-00358-CDB, will be designated the Lead Case, and all further records and documents filed in this consolidated action shall be filed therein (Case No. 1:25-cv-00358-CDB).
3. The Clerk of the Court is directed to close member case *E.P., et al. v. County of Kern, et al.*, Case No. 1:25-cv-01260-CDB, and to terminate all motions and deadlines (No. 1:25-cv-01260-CDB, Doc. 43) in that case.
4. The Clerk of the Court is directed to administratively terminate Plaintiffs' pending motion for joinder (No. 1:25-cv-00358-CDB, Doc. 118) as moot.
5. Plaintiffs in this consolidated action SHALL FILE the proposed consolidated third amended complaint no later than **November 6, 2026**.
6. Defendants SHALL FILE their answer to any consolidated third amended complaint within 30 days from its service and filing.
7. The case management dates and deadlines of the operative scheduling order (No. 1:25-cv-00358-CDB, Docs. 31, 35, 70, 106, 126) are VACATED to be reset once the pleadings have settled.
8. The scheduling conference set in the *EP Action* for November 12, 2026 (Doc. 56) is VACATED.
9. The parties SHALL appear via Zoom videoconference for a scheduling conference in this consolidated action on **December 16, 2026, at 9:30 AM** in Bakersfield (CDB) before the undersigned. Counsel shall obtain the Zoom ID and password from the Courtroom Deputy at least 24 hours prior to the conference. The parties shall file a consolidated joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference. *See* (No. 1:25-cv-00358-CDB, Doc. 5).

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE